UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 32.211.207.163,<br><br>    Defendant. | Civil Action No. 3:17-cv-00224-JCH |

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**WITH DEFENDANT JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe, subscriber assigned IP address 32.211.207.163 ("Defendant") through his counsel, Melissa Brabender, Esq. of Antonelli Law Ltd.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

 Dated:  May 11, 2017

             Respectfully submitted,

      By: /s/ *Jacqueline M. James*
         Jacqueline M. James, Esq. (CT29991)
         The James Law Firm, PLLC
         445 Hamilton Avenue
         Suite 1102
         White Plains, New York 10601
         T: 914-358-6423
         F: 914-358-6424
         E-mail: jjameslaw@optonline.net
         *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                  By:  /s/ *Jacqueline M. James*
                                                               Jacqueline M. James